STATE of Missouri, Respondent,

v.

Steven C. RENDLEMAN, Appellant.

No. ED 101760

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 8, 2015

Ellen H. Flottman, 1000 West Nifong, Building 7, Suite 100, Columbia, MO. 65203, for Appellant.

Rachel S. Flaster, P.O. Box 899, Jefferson City, MO. 65102, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Steven Rendleman appeals from the sentence and judgment entered following a

1. All further statutory references are to RSMo 2000 as supplemented, unless otherwise indi-

jury trial convicting him of one count of kidnapping, in violation of Section 565.110, RSMo (2000),[1] one count of forcible rape, in violation of Section 566.030, and one count of forcible sodomy, in violation of Section 565.060. We have reviewed the briefs of the parties and the record on appeal. We conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the sentence and judgment pursuant to Mo. R. Crim. Pro. 30.25(b) (2015).